IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

**FILED**
AT WICHITA, KS

APR 2 2 2010

CLERK
U.S. Court of Bankruptcy
By_____ Deputy

IN RE: )
)
OWENS, SUSAN LEIGH ) Case No. 07-12988 -7
)
)
)

## REPORT OF UNCLAIMED FUNDS

COMES NOW the trustee, Carl B. Davis, and reports to the Court that the following disbursements were sent to the Clerk of the United States Bankruptcy Court pursuant to 11 U.S.C. § 347(a).

| CLAIMANT | AMOUNT |
|---|---|
| Susan Leigh Owens | $518.25 |

A trustee's check, no. 10103, in the amount of $518.25 accompanies this report in payment of the above named claims.

_____
Carl B. Davis, Trustee, #13705
2121 W. Maple
P. O. Box 12686
Wichita, KS 67277-2686
Telephone: (316) 945-8251
Facsimile: (316) 945-2789
E-mail: cdavis@davisandjack.com